IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE
January 31, 2011 Session

**CHARLES S. PESCE v. EAST TENNESSEE
CONSTRUCTION SERVICES, INC.**

**Appeal from the Circuit Court for McMinn County**
**No. 25444     J. Michael Sharp, Judge**

—————————

**No. E2010-01071-COA-R3-CV - Filed February 28, 2011**

—————————

D. MICHAEL SWINEY, J., concurring.

Given the record presented to us on appeal, I concur fully in the majority's Opinion.  I write separately, however, to express my concern as to the diminution in value damages of $382,000 awarded to the Owner.  I agree with the majority that, given the record presented to us, this result is correct.  I also agree with the majority that the Owner is "in possession of a fully operational, profitable, dental office..." which the Owner had used for several years by the time of trial.  As stated by the majority, the Owner incurred "construction cost of approximately $460,000..." in constructing this building.  The diminution in value award of $382,000, with which I concur given the record presented to us, means that the owner will end up with construction costs of only approximately $78,000 for "a fully operational, profitable, dental office."

I find it more than a little troubling that the result of our decision is that the Owner ends up with a building that has functioned for years as his "fully operational, profitable, dental office" for a construction cost of only approximately $78,000.  This bothersome outcome results from the proof presented to the Trial Court that even though the Owner had only approximately $460,000 in construction costs, the building somehow would have been worth over $700,000 if it had been constructed as it should have been for approximately $460,000.  I believe, however, that the record as presented to us leaves us no choice but to do exactly what the majority has done, and I, therefore, fully concur with the majority Opinion.

_____
D. MICHAEL SWINEY, JUDGE